UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FREDERICK DANIEL PAREDES ROJAS,<br><br>Petitioner,<br><br>v.<br><br>DIRECTOR OF THE MONROE COUNTY JAIL-DORM, et al.,<br><br>Respondents. | Case No. 26-cv-12821<br><br>Honorable Robert J. White |

**ORDER ENJOINING PETITIONER'S REMOVAL FROM THE DISTRICT AND DIRECTING A RESPONSE TO THE PETITION**

Frederick Daniel Paredes Rojas is a Venezuelan national. He filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1). He appears to allege that Respondents have detained him without a bond hearing in violation of the Immigration and Nationality Act (INA). The petition also alleges that Paredes Rojas already filed an asylum petition with either the U.S. Citizenship and Immigration Services or the Executive Office for Immigration Review. The status of the asylum proceeding is unclear. Accordingly,

IT IS ORDERED that Respondents are **enjoined** from removing Paredes Rojas from this district **until further directed by the Court**. *See* 28 U.S.C. § 1651; *see also* 28 U.S.C. § 102(a).

IT IS FURTHER ORDERED that Paredes Rojas is directed to serve a copy of this order on Respondents within **seven days** of receiving it.

IT IS FURTHER ORDERED that Respondents shall have **seven days** from the dates of service of this order to respond to the petition.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to email a copy of this order to the United States Attorney's Office, Eastern District of Michigan, Civil Division, Defensive Litigation Unit Chief, Zak Toomey.

Dated: August 13, 2026

s/ Robert J. White
Robert J. White
United States District Judge