UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FREDERICK DANIEL PAREDES ROJAS,<br><br>Petitioner,<br><br>v.<br><br>DIRECTOR MONROE COUNTY JAIL, et al.,<br><br>Respondents. | Case No. 26-cv-12821<br><br>Honorable Robert J. White |

**ORDER DISMISSING THE PETITION FOR A WRIT OF HABEAS CORPUS FOR FAILURE TO PROSECUTE**

Frederick Daniel Paredes Rojas is a Venezuelan national. He filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1). He appears to allege that Respondents have detained him without a bond hearing in violation of the Immigration and Nationality Act (INA). The petition also alleges that Paredes Rojas already filed an asylum petition with either the U.S. Citizenship and Immigration Services or the Executive Office for Immigration Review. He did not pay the filing fee when he filed the petition.

On August 13, 2026, the Court directed Paredes Rojas to pay the filing fee or apply for *in forma pauperis* relief within 14 days. (ECF No. 3, PageID.19). The

Court notified him that "this case may be dismissed" for lack of compliance. (*Id.*). Paredes Rojas has not paid the filing fee or applied for *in forma pauperis* relief. Accordingly,

IT IS ORDERED that the petition for a writ of habeas corpus (ECF No. 1) is dismissed without prejudice.

IT IS FURTHER ORDERED that the portion of the Court's August 13 2026 order enjoining Paredes Rojas's removal from this district (ECF No. 5, PageID.23) is vacated.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to close the case

Dated: October 6, 2026

s/ Robert J. White
Robert J. White
United States District Judge